UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**TOYKIA SPELLMAN,**

          **Plaintiff,**

**CASE NO.: 8:16-cv-03510-JDW-TBM**

v.

**GTE FEDERAL CREDIT UNION,**

          **Defendant.**
_____/

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed, by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice, as to GTE Federal Credit Union, pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii).  Each party is to bear their own fees and costs except as otherwise agreed upon between the parties prior to this stipulation.

Dated:  May 2, 2017

Respectfully Submitted,

**CENTRONE & SHRADER, PLLC**
612 W. Bay Street
Tampa, Florida 33606
Phone:  (813) 360-1529
Fax:    (813) 336-0832

/s/ Pamela N. Westfall
**GUS M. CENTRONE, ESQ.**
Florida Bar No.: 30151
e-mail: gcentrone@centroneshrader.com
**BRIAN L. SHRADER, ESQ.**
Florida Bar No.: 57251
e-mail: bshrader@centroneshrader.com
**PAMELA N. WESTFALL, ESQ.**
Florida Bar No.: 106230
e-mail: pwestfall@centroneshrader.com
Attorneys for Plaintiff

**GTE FEDERAL CREDIT UNION**
711 E. Henderson Ave.
Tampa, FL 33602
Phone: (813) 871-2690
Fax: (813) 414-8332

/s/ Andrew L. Denzer
**ANDREW L. DENZER, ESQ.**
Florida Bar No.: 72496
e-mail: Andrew.denzer@gtefinancial.org
Attorney for Defendant

2

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on May 2, 2017, I presented a true and correct copy of the foregoing to the Clerk of the United States District Court for the Middle District of Florida Tampa Division, for filing and uploading to the CM/ECF system.

                              /s/ Pamela N. Westfall
                              **Attorney**