UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TOYKIA SPELLMAN,

    Plaintiff,

vs.                                        Case No. 8:16-cv-3510-T-27TBM

GTE FEDERAL CREDIT UNION,

    Defendant.
_____/

## ORDER OF DISMISSAL

**BEFORE THE COURT** is the Stipulation of Voluntary Dismissal With Prejudice (Dkt. 10). Upon consideration, this case is **DISMISSED** *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The **CLERK** is directed to close the file.

**DONE AND ORDERED** this 8th day of May, 2017.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record